Case 1:08-cv-07252-PGG   Document 42   Filed 06/16/09   Page 1 of 1

JUN-16-2009 13:57 From:FEDERAL JUDICIAL CTR 202 502 4299   To:212 805 7986   P.5/11
JUN-15-2009 15:01 From:   To:12128057986   Page:2/2

# CAPLAN & ROSS, LLP

Brian D. Caplan
Jonathan J. Ross

OF COUNSEL
Joseph Einstein

100 PARK AVENUE, 18TH FLOOR
NEW YORK, NEW YORK 10017

TEL: 212.973.2376
FAX: 212.661.4290
www.caplanross.com

Brian D. Caplan
Direct: 212.973.2377
bcaplan@caplanross.com

June 15, 2009

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

_Paul Gardephe_
Paul G. Gardephe, U.S.D.J.

Dated: _June 16, 2009_

**VIA FACSIMILE: (212) 805-7986**

Honorable Judge Paul G. Gardephe
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, NY 10007

RE: **Vlad Lyubovny v. William Leonard Roberts II p/k/a "Rick Ross"
08 Civ. 7252 (Judge Gardephe)**

Dear Judge Gardephe:

We are the attorneys for the Plaintiff in the above action. We write on behalf of all parties to jointly respectfully request that the status conference currently scheduled for July 31, 2009, be rescheduled to one day **prior**, July 30, 2009 at 10:00 a.m., to be conducted by telephone conference.

We have spoken with your law clerk, who has indicated that July 30, 2009 at 10:00 a.m. is available on your docket for a telephone conference. Thank you for your consideration of this request.

Respectfully submitted,

Brian D. Caplan

cc: Allan Stephen Zamren, Esq. (via fax)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/16/09_