

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VLAD LYUBOVNY p/k/a/ "DJ VLAD,"

           Plaintiff,

–against –

WILLIAM LEONARD ROBERTS II p/k/a "RICK ROSS,"

           Defendant.

08 Civ. 07252 (PGG)

ORDER

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that fact discovery and expert discovery in this action shall close by October 2, 2009, and the parties shall adhere to the following dispositive motion schedule:

    (1) Parties must serve moving papers, if any, by November 2, 2009.

    (2) Parties must serve opposition papers, if any, by November 16, 2009.

    (3) Parties must serve reply papers, if any, by November 23, 2009.

    It is further ORDERED that Plaintiff and Defendant shall each be deposed by opposing counsel at Plaintiff's counsel's office in New York, New York on two of the following three dates: September 3, 2009; September 8, 2009; and September 9, 2009.

    It is further ORDERED that Defendant's medical experts shall be permitted to examine Plaintiff on a date to be determined by the parties.

    It is further ORDERED that the parties shall abide by the following discovery rulings made by the Court during the July 30, 2009 telephone conference in this action:

    (1) Defendant shall produce the documents identified in Plaintiff's Document Requests Nos. 4, 5, 6, 7, 8, 12, 13, and 18.

(2) Plaintiff shall respond to Defendant's Document Request No. 2 by producing his arrest records and convictions for the last ten years. Defendant shall produce same for Plaintiff.

(3) Plaintiff shall respond to Defendant's Document Request Nos. 3 and 4 by producing documents related to any personal injury lawsuits in which the Defendant has been involved.

(4) Plaintiff shall respond to Defendant's Document Request No. 8 by producing documents referring or relating to the events underlying Plaintiff's claim for damages in this action.

(5) Plaintiff shall respond to Defendant's Document Request No. 9 by producing his medical records, including records reflecting psychological or psychiatric treatment. Defendant shall review these materials and may then, if necessary, seek supplemental production from Plaintiff concerning medical treatment received by Plaintiff.

(6) Plaintiff shall produce documents responsive to Defendant's Document Request Nos. 13, 23, and 29.

(7) Defendant's request to compel production of documents responsive to Defendant's Document Request Nos. 21 and 22 is denied, but Defendant will be permitted to question Plaintiff about these matters during Plaintiff's deposition.

(8) Defendant's request to compel production of documents responsive to Defendant's Document Request Nos. 10, 11, 12, 24, 30 and 31 is denied.

Dated:   New York, New York
         August 3, 2009

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge