```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VLAD LYUBOVNY p/k/a/ "DJ VLAD,"

                Plaintiff,

–against –

WILLIAM LEONARD ROBERTS II p/k/a
"RICK ROSS,"

                Defendant.

08 Civ. 07252 (PGG)

ORDER

PAUL G. GARDEPHE, U.S.D.J.:

        For the reasons stated in Stephen Allan Zamren's submission to this Court dated September 2, 2009, and on the record at the September 3, 2009 conference in this action, it is hereby ORDERED that Mr. Zamren's application to withdraw as counsel for Defendant William Leonard Roberts II is GRANTED. The Court strongly encourages Defendant Roberts to quickly retain new counsel and grants Defendant Roberts approximately 30 days – until **October 2, 2009** – to do so.

        Defendant Roberts is further ORDERED to produce all documents responsive to Plaintiff's Document Requests No. 4-8, 12-13, and 18, as required by this Court's August 3, 2009 Order, including publishing agreements, recording agreements, and tax returns responsive to those requests. Defendant Roberts is also ORDERED to appear for a deposition in this action at 10:00 a.m. on **October 21, 2009** at plaintiff's counsel's office, Caplan & Ross, LLP, 100 Park Avenue, 18th floor, New York, New York 10017. Defendant Roberts's failure to produce all documents required to be produced by this Court's August 3, 2009 Order, or failure to appear for his deposition on October 21, 2009 – whether or not he retains new counsel – will expose

Defendant Roberts to the risk of sanctions, up to and including the entry of a default judgment against him.

It is further ORDERED that there shall be a status conference in this action on November 5, 2009 at 12:30 p.m. at the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         September 3, 2009

                              SO ORDERED.

                              Paul G. Gardephe
                              United States District Judge

2