UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VLAD LYUBOVNY p/k/a/ "DJ VLAD,"

                Plaintiff,

—against—

WILLIAM LEONARD ROBERTS II p/k/a "RICK ROSS,"

                Defendant.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/09

08 Civ. 07252 (PGG)

ORDER

PAUL G. GARDEPHE, U.S.D.J.:

       After consultation with the parties at the December 8, 2009 status conference, this Court makes the following determinations:

       It is hereby ORDERED that Defendant Roberts shall produce the following documents by December 15, 2009:

       (1) Copies of all music publishing royalty statements rendered to Defendant for the remaining period of one and a half years that have yet to be produced;

       (2) Copies of all record royalty statements rendered to Defendant for the remaining period of two years that have yet to be produced;

       (3) Copies of certain deeds and mortgages for properties owned by Defendant that have yet to be produced, specifically for the properties of 10398 Laurel Road, Davie, Florida, and 3527 Northwest 196th Lane, Opa Locka, Florida 33056;

       (4) Defendant's cell phone billing records covering the date of August 10, 2008.

In the event that Defendant is unable to produce these documents by December 15, 2009, Defendant is further ORDERED to submit a letter to this Court on that date explaining why these documents have yet to be produced and outlining what steps Defendant will take to ensure the prompt production of these documents.

It is further ORDERED that Plaintiff Lyubovny shall be deposed by opposing counsel on December 30, 2009, unless that date is inconvenient for the parties in which event the deposition shall occur as soon thereafter as possible.

Plaintiff Lyubovny is further ORDERED to produce his cell phone billing records covering the date of August 10, 2008 by December 22, 2009.

It is further ORDERED that fact discovery and expert discovery in this action shall close by January 29, 2010.

It is further ORDERED that trial will commence in this action on **April 5, 2010**. If the parties have any legal issues to raise prior to trial, they should do so at 9:00 a.m. on April 5; jury selection will commence at 9:30 a.m.

It is further ORDERED that the parties shall submit their joint pre-trial order pursuant to the Court's Individual Rule 9.A. on or before March 12, 2010. The parties shall also make the submissions required by the Court's Individual Rule 9.B.1, and file any motions in limine, on or before March 19, 2010. Responses to any motions in limine must be filed on or before March 26, 2010.

Dated:   New York, New York
         December 8, 2009

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge