UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                           08 Civ. 7252 (PGG)
VLAD LYUBOVNY p/k/a "DJ VLAD,"

                Plaintiff,

    -against-

WILLIAM LEONARD ROBERTS II p/k/a "RICK ROSS,"

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### **PROPOSED VERDICT SHEET**

      The parties respectfully submit the following proposed verdict sheet.

Dated: March 26, 2010                Respectfully submitted,


            CAPLAN & ROSS, LLP


            By:    S/Brian D. Caplan
                Brian D. Caplan (BC-1713)
            100 Park Avenue, 18th Floor
            New York, New York 10017
            Phone: (212) 973-2376
            Fax: (212) 661-4290
            *Attorneys for Plaintiff*

            DONALDSON, CHILLIEST & MCDANIEL, LLP

            By:        S/Xavier Donaldson
                Xavier Donaldson, Esq.
            1825 Park Avenue, Suite 1102
            New York, NY 10035
            T: (212) 722-4900
            F: (212) 722-4966
            *Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

VLAD LYUBOVNY p/k/a "DJ VLAD,"

       Plaintiff,

  -against-

WILLIAM LEONARD ROBERTS II p/k/a "RICK ROSS,"

       Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

08 Civ. 7252 (PGG)

## **VERDICT SHEET**

  We, the Jury, unanimously find as to Plaintiff's Claim for Civil Assault as follows:

1. Is it more likely than not that Plaintiff was assaulted on August 10, 2008?

                  _____
                   Yes or No

  (If your answer is no, your verdict is for the defendant and you should answer no further questions.  If your answer is yes, proceed to the next question.)

2. Is it more likely than not that Defendant, through overt participation or some form of encouragement, intentionally, knowingly, or recklessly caused bodily injury to Plaintiff by commanding, directing, advising, encouraging, procuring, controlling, aiding or abetting the assault that occurred on August 10, 2008?

                  _____
                   Yes or No

  (If your answer is no, your verdict is for the defendant and you should answer no further questions.  If your answer is yes, proceed to the next question.)

3. Set forth below the dollar amount you award Plaintiff against Defendant as Compensatory Damages for his past and future physical injury, pain and suffering, mental anguish, shock and discomfort.

$_____
       (Fill in dollar amount)

(Proceed to the next question.)


4. Do you find that Defendant acted with malice by acting with gross indifference to the legal rights of Plaintiff?

_____
Yes or No

(If your answer is no, you should answer no further questions. If your answer is yes, proceed to the next question.)


5. Set forth below the dollar amount you award Plaintiff as Punitive Damages on this claim.

$_____
       (Fill in dollar amount)

-------------------------------------------------------------------------------------------------------------

Date: _____              _____
                                           Foreperson for the Jury

2