**Plaintiff's Exhibit List Amended**

| Exhibit No. | Description | Bate Stamp | Objections |
|---|---|---|---|
| 1 | DJ Vlad Interview of Rick Ross prior to Incident | P00044A | 402, 403, 404 |
| 2 | DJ Vlad's Employee Interview of Rick Ross prior to Incident | P00045 | 402, 403, 404 |
| 3 | DJ Vlad's Employee Interview of Rick Ross prior to Incident | P00076 | 402, 403, 404 |
| 4 | AllHipHop.com Daily News - Rick Ross Denies Ex-Correctional Officer Claims | P00148 - P00163 | 402, 403 |
| 5 | Radio Interview Where Rick Ross Denies Being a Correctional Officer | P00164 | 402, 403, 404 |
| 5A | Interview of Rick Ross | P00165 | |
| 5B | Interview of Rick Ross | P00166 | |
| 5C | July 15, 2008 MTV UK Website Article "Is Rick Ross a Cop" | P00167 - P00170 | |
| 5D | July 27, 2008 Official Blog of Real Freeway Ricky Ross | P00171 - P00186 | |
| 5E | August 4, 2008 DJVlad.com mass email with links to Rick Ross material | P00187 - P00188 | |
| 5F | August 5, 2008 DJVlad.com mass email with links to Rick Ross material and copies of parody Rick Ross pictures | P00189 - P00198 | |
| 6 | Text Message 11:45 | P00021 | hearsay |
| 7 | Text Message 11:47 | P00017 | hearsay |
| 8 | Text Message 11:47 | P00022 | hearsay |
| 9 | Text Message 11:47 | P00040 | hearsay |
| 10 | DJ Vlad's Verizon Phone Records | P00046 - P00075 | hearsay |
| 11 | Verizon Wireless Response to Subpoena | P00140 - P00144 | hearsay |
| 12 | Printout of Rick Ross' Verizon Phone Records produced by Verizon Wireless | P00145 | Hearsay |
| 13 | Authentication of Video of Incident | P0001-P0003 | Authenticity |
| 14 | Video of Incident | P00041 | Authenticity |
| 15 | Video after Incident | P00042 | Authenticity |
| 16 | Photos of DJ Vlad after Incident | P00018-P00020; P00039 | |
| 17 | Rick Ross Song - Comfort Freestyle | P00044 | 402, 403, 404 |
| 18 | Rick Ross Music Video with Gunplay After Incident | | 402, 403, 404 |
| 19 | Radio Interviews with Angela Lee; Funk Fest Hot 97 | P00043 | 402, 403, 404 |
| 20 | Radio Interview | P00043 | 402, 403, 404 |

**Plaintiff's Exhibit List Amended**

| Exhibit No. | Description | Bate Stamp | Objections |
|---|---|---|---|
| 21 | Dr. Chitra Kumar Response to Medical Authorization Request | P00146-00147 | Hearsay except that relating to treatment and diagnosis. |
| 22 | Phillips Eye Center (Dr. Tortorici) Response to Medical Authorization Request, dated 2/8/10 | P000134-P00139 | Hearsay except that relating to treatment and diagnosis |
| 23 | 11/12/08 Letter, Dr. Tortorici, Re: Vlad Lyubovny | P00016-P0016A | Hearsay except that relating to treatment and diagnosis. |
| 24 | Texas Emergency Care Center (Dr. Cantu) Response to Medical Authorization Request Dated 1/20/10 | P00109-P00119 | Hearsay except that relating to treatment and diagnosis. |
| 25 | Patient Discharge Instructions 8/10/08 | P0009-P0010 | Hearsay except that relating to treatment and diagnosis. |
| 26 | Complete Care (Dr. Aric Hausknecht) Response to Medical Authorization Request, dated 1/12/10 | P00077-P00090 | Hearsay except that relating to treatment and diagnosis. |
| 27 | Palisades Medical Center - Medical Record Transmittal - Dr. Rosines' Response to Vlad's Medical Authorization Request, dated 1/22/10 | P00098-P00108 | Hearsay except that relating to treatment and diagnosis. |
| 28 | Palisades Medical Center - Medical Record Transmittal - Dr. Rosines' Response to Caplan & Ross Medical Authorization Request, dated 2/2/10 - DUPLICATE PAPERWORK except General Consent Form | P00120-P00133 | Hearsay except that relating to treatment and diagnosis. |

**Plaintiff's Exhibit List Amended**

| Exhibit No. | Description | Bate Stamp | Objections |
|---|---|---|---|
| 29 | Cat scan Images, Invoice and Radiographic Copy Form | P00097 | Hearsay except that relating to treatment and diagnosis. |
| 29A | Cat scan Images Produced by Palisades Medical Center | | Hearsay except that relating to treatment and diagnosis. |
| 30 | Defendant's Responses and Objections to Plaintiff's First Request for the Production of Documents | | 402 |
| 31 | Defendant's Answer, Affirmative Defenses and Counterclaim | | 402 |
| 32 | Defendant's Answer, Affirmative Defenses and Amended Counterclaim | | 402 |
| 33 | Defendant's Supplemental Responses to Plaintiff's First Request for the Production of Documents | | 402 |
| 34 | Defendant's Second Supplemental Responses to Plaintiff's First Request for the Production of Documents | | 402 |
| 35 | Defendant's Third Supplemental Responses to Plaintiff's First Request for the Production of Documents | | 402 |
| 35A | Rick Ross CD "Port of Miami" | Ross Depo. Ex.4 | |
| 35B | Rick Ross CD "Trilla" | Ross Depo. Ex.5 | |
| 35C | Rick Ross CD "Deeper Than Rap" | Ross Depo. Ex.6 | |
| 36 | Recording Services Agreement Between William Roberts and The Island Def Jam Music Group, A Division of UMG Recordings, Inc. - June 12, 2007 produced by Defendant | | 402, 403 |
| 37 | Exhibit A Form Recording Agreement Between William Roberts and The Island Def Jam Music Group Produced by Defendant | | 402, 403 |
| 38 | Amendment to Recording Services Agreement Between William Roberts and The Island Def Jam Music Group, A Division of UMG Recordings, Inc. - December 4, 2008 - Produced by Defendant | | 402, 403 |
| 39 | Publishing Agreement between 3 Blunts Lit At Once LLC, f/s/o William Roberts and Sony / ATV Tunes LLC - May 1, 2006 - Produced by Defendant | | 402, 403 |

**Plaintiff's Exhibit List Amended**

| Exhibit No. | Description | Bate Stamp | Objections |
|---|---|---|---|
| 40 | Amendment to Publishing Agreement between 3 Blunts Lit At Once LLC, f/s/o William Roberts and Sony / ATV Tunes LLC - July 24, 2006 - Produced by Defendant | | 402, 403 |
| 41 | Amendment to Publishing Agreement between 3 Blunts Lit At Once LLC, f/s/o William Roberts and Sony / ATV Tunes LLC - September 7, 2007 - Produced by Defendant | | 402, 403 |
| 42 | Amendment to Publishing Agreement between 3 Blunts Lit At Once LLC, f/s/o William Roberts and Sony / ATV Tunes LLC - November 4, 2009 - Produced by Defendant | | 402, 403 |
| 43 | William Roberts II 2006 Tax Returns | D0017-D0021 | 402, 403 |
| 44 | F.D. Thomas Tax Service - Letter to T. Sedlmayer & Associates, P.C., Re: Rick Ross Earnings from 1/1/06-1/23/07 | D0022 | 402, 403 |
| 45 | Sony/ATV Music Publishing LLC Check Stub 6/1/06 | D0023 | 402, 403 |
| 46 | William Roberts II 2007 Tax Returns | D0024-D0039 | 402, 403 |
| 47 | William Roberts II 2008 Tax Extension | D0040 | 402, 403 |
| 48 | Warranty Deed 9/11/06 between William Roberts II and Eduardo Santamaria for 3527 NW 196 | D0001 | 402, 403 |
| 49 | Summary of Mortgages | D0002-D0003 | 402, 403 |
| 50 | Circuit Court of 11th Judicial Circuit - State v. William Roberts Re: Carrying a Concealed Firearm | D001-D003 | 404 |
| 51 | Quit Claim Deed between William Roberts II to William Roberts II and Tommie Ann Roberts, dated 9/11/06 for Lot 23, Block 118 of Leslie Estates Section 12, Miami-Dade County, FL | D0041 | 402, 403 |
| 52 | Deed by Gift between Tommie Roberts-Wilcox and William Roberts II, dated 1/31/05, Re: 10301 S.W. 9th Lane, Pembroke Pines, FL 33025 | D0042 | 402, 403 |
| 53 | Warranty Deed 11/28/06 between RMT Construction, Inc. and William Roberts II, Re: 115 Wimbly Point, Riverdale, GA | D0043 | 402, 403 |
| 54 | Deed by Gift between Tommie Roberts-Wilcox and William Roberts II, dated 2/28/00, Re: 540 McKinley, Clarksdale, MS 38614 | D0044 | 402, 403 |
| 55 | Deed by Gift between Tommie Roberts-Wilcox and William Roberts II, dated 2/28/00, Re: 528 McKinley, Clarksdale, MS 38614 | D0045 | 402, 403 |
| 56 | Deed by Gift between Tommie Roberts-Wilcox and William Roberts II, dated 2/28/00, Re: 536 McKinley, Clarksdale, MS 38614 | D0046 | 402, 403 |

**Plaintiff's Exhibit List Amended**

| Exhibit No. | Description | Bate Stamp | Objections |
|---|---|---|---|
| 57 | Deed by Gift between Tommie Roberts-Wilcox and William Roberts II, dated 2/28/00, Re: 446 Garfield, Clarksdale, MS 38614 | D0047 | 402, 403 |
| 58 | Mortgage Information Related to Property at 115 Wimbly Point, Riverdale, GA - per Donaldson 12/3/09 Letter - Produced by Defendant | | 402, 403 |
| 59 | Warranty Deed Related to Property at 115 Wimbly Point, Riverdale, GA - per Donaldson 12/3/09 Letter - Produced by Defendant | | 402, 403 |
| 60 | Information and Deed Related to Property at 10398 Laurel Road, Davie, FL - per Donaldson 12/3/09 Letter - Produced by Defendant | | 402, 403 |
| 61 | Sony/ATV Royalty Statements Produced by Defendant | | 402, 403 |
| 62 | UMG Royalty Statements Produced by Defendant | | 402, 403 |
| 63 | BMI Royalty Statements Produced by Defendant | | 402, 403 |
| 64 | 4 Blunts Lit At Once Publishing Statements Produced by Defendant | | 402, 403 |
| 65 | Maybach Music Publishing Statements Produced by Defendant | | 402, 403 |
| 66 | Demonstrative Exhibit -- Human Eye Anatomical Chart, Anatomical Chart Company | | |
| 67 | Demonstrative Exhibit -- Human Head Anatomical Chart, Anatomical Chart Company | | |
| | | | |
| | | | |
| | | | |