UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Lyubovny,

                Plaintiff,

      -against-

Roberts,

                Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/10

08 CIVIL 7252 (PGG)

**JUDGMENT**

# 10,06/9

    A Jury Trial before the Honorable Paul G. Gardephe, United States District Judge, having begun on April 12, 2010, and at the conclusion of the trial, on April 15, 2010, the jury having rendered a verdict in favor of the plaintiff in the amount of $ 50,000.00 for Compensatory Damages and $ 250,000.00 in Exemplary Damages, it is,

    **ORDERED, ADJUDGED AND DECREED:** That the plaintiff have judgment in the sum of $ 300,000.00 as against the defendant.

DATED: New York, New York
          April 16, 2010

So Ordered:

_____
U.S.D.J.

J. MICHAEL McMAHON
_____
Clerk of Court

BY: _____
Deputy Clerk

# Extract of Minutes

**United States District Court**
**Southern District of New York**

------------------------------------------------------x

Vlad Lyubovny
a/k/a "DJ Vlad"

V.

William Leonard Roberts II
a/k/a "Rick Ross"

------------------------------------------------------x

( full title of case required, use other side if necessary)

Docket #: 08civ 7252 (PGG)

Judge: Gardephe

**Appearences :** ( PLEASE INCLUDE FIRM NAME & TELEPHONE NUMBER)

Plaintiff: Brown Gavalas Caplan + Foss LLP
270 Madison Avenue, 13th Fl
N.Y. N.Y. 10016     (212) 473-2377

Defendant: Xavier R. Donaldson, Donaldson, Chilliest + McDaniel, LLP
103 East 125th Street, Suite 1102
N.Y. N.Y. 10035     (212) 722-4707

TRIAL: (JURY) (NON-JURY) BEGUN: 4/12/10
                                (DATE)

The plaintiff is awarded compensatory damages in the amount of $10,000 and exemplary damages in the amount of $250,000.

CLERK: Michael Ruocco

COURT REPORTER: Pamela Utter

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VLAD LYUBOVNY p/k/a "DJ VLAD",

                    Plaintiff,

            - against -

WILLIAM LEONARD ROBERTS II p/k/a "RICK ROSS",

                    Defendant.

**VERDICT SHEET**

08 Civ. 7252 (PGG)

The jury hereby unanimously makes the following findings:

## **LIABILITY**

1. Has Plaintiff Lyubovny proven by a preponderance of the evidence that Defendant Roberts is liable for the August 10, 2008 assault?

   YES ✓      NO ____

   If your answer to Question 1 is NO, answer no further questions. The foreperson should sign and date this form, place it in an envelope, and inform the Marshal that the jury has reached a verdict.

   If your answer to Question 1 is YES, continue to the next question.

## **DAMAGES**

2. Do you find that Plaintiff Lyubovny is entitled to <u>compensatory damages</u>?

   YES ✓      NO ____

   If "YES" to Question 2, state the amount that should be awarded.

   Amount: $: 50,000.00 .

   If your answer to Question 2 is NO, answer no further questions. The foreperson should sign and date this form, place it in an envelope, and inform the Marshal that the jury has reached a verdict.

   If your answer to Question 2 is YES, continue to the next question.

3. Do you find that Plaintiff Lyubovny is entitled to <u>exemplary damages</u>?

   YES ✓   NO ____

   If "YES" to Question 3, state the amount that should be awarded.

   Amount: $: 250,000.00 .

   If your answer to Question 3 is NO, answer no further questions. The foreperson should sign and date this form, place it in an envelope, and inform the Marshal that the jury has reached a verdict.

   If your answer to Question 3 is YES, continue to the next question.

## SPECIAL VERDICT QUESTIONS

4. Did the assault on Mr. Lyubovny cause him serious bodily injury? The jury should understand the term "serious bodily injury" to mean bodily injury that creates a substantial risk of death or that causes death, serious permanent disfigurement, or protracted loss or impairment of the function of any bodily member or organ.

   YES ____   NO ✗

   Continue to Question 5 regardless of your answer to Question 4.

5. Did the assault on Mr. Lyubovny involve the use of a deadly weapon? The jury should understand the term "deadly weapon" to mean anything that in the manner of its use or intended use is capable of causing death or serious bodily injury.

   YES ✓   NO ____

**After completing this form, the Foreperson should sign and date it, place it in an envelope, and inform the Marshal that the jury has reached a verdict.**

Dated: 4/15/10                    _____
                                   Signature of Foreperson